IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 21-CR-4046 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | |
| ERIKA ROJAS, ANTHONY CRIST, DENNYS RODRIGUEZ, and RANDALL NICHOLS, | ) | **Count 1**<br>21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)<br>Conspiracy to Distribute a Controlled Substance |
| Defendants. | ) | |

The Grand Jury charges:

## Count 1

**Conspiracy to Distribute a Controlled Substance**

Sometime before November 2020 and continuing through February 2021, in the Northern District of Iowa and elsewhere, defendants ERIKA ROJAS, ANTHONY CRIST, DENNYS RODRIGUEZ, and RANDALL NICHOLS did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and/or 50 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

SEAN R. BERRY
Acting United States Attorney

By: [signature]

JACK LAMMERS
Assistant United States Attorney

A TRUE BILL

/s/
Grand Jury Foreperson

5-26-21
Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed MAY 26 2021
ROBERT L. PHELPS, CLERK

1