To: The Clerk of Courts

1. Please docket and file enclose motion
2. Please send the defendant up-to-date docket sheet.

dated this day
July 10th, 2021

Respectfully Submitted
Danny Rodriguez
Pro Se Litigate

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA | No 21cr4046 LTS-KEM |
|---|---|
| PLAINTIFF | |
| VS. | MOTION FOR THE COURT TO TAKE NOTICE OF |
| DENNYS RODRIGUEZ | THE GOVERNMENTS FAILURE TO COMPLY W/ MODI- |
| PRO SE LITIGATE | FIED DISCOVERY ORDER ISSUED ON 7/6/21 |

Comes now JULY 10th 2021, by DENNYS RODRIGUEZ to move the honorable courts to take notice of the Governments Failure to Comply w/ MODIFIED DISCOVERY ORDER ISSUED ON 7/6/21 in Rule 16(d)(2)C Litigate is asking the courts to Prohibit the government from introducing undisclose evidence.

Pursuant to FEDERAL RULES OF CRIMINAL PROCEDURE 16 & local Rule 16.1 & all other applicable rules & statues to date the defendant has not received any legal material.

For the above reasons the defendant prays this honorable court grants this motion.

Respectfully Submitted
DENNYS RODRIGUEZ
Pro Se Litigate

Dennys Rodriguez (Pro Se Litigate)
P.O. Box 305
Dakota City, NE 68731



OMAHA NE 680 JUL 12 2021 sgw
12 JUL 2021 PM 4 L
Mail From
Dakota County Correctional Facility

Clerk of Courts
320 6th St, Rm 301
Sioux City, IA 51101

XRAYED US MARSHALS SERVICE

51101-123499

LEGAL MAIL JULY 10th 2021