IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-4046 |
| Plaintiff, | ) | |
| vs. | ) | |
| DENNYS RODRIGUEZ, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUESTS FOR DOCUMENTS, TRANSCRIPTIONS, COURT ORDERS, AND DISCOVERY**

COMES NOW, the United States of America, and in response to defendant's multiple motions and requests states as follows:

1. Defendant has requested the Clerk's office send certain documents to him. (Docket 73). The Government takes no position on this request.
2. The defendant moves to have all video and audio in the discovery file transcribed and provided to him. (Docket 74). The defendant provides no authority for this request. Defendant has standby counsel who can apply for CJA funds for to have tapes transcribed if warranted.
3. Defendant next moves this Court to prohibit the county jail where he is housed from monitoring his correspondence and recoding his phone calls. (Docket 75). Defendant again provides no authority that would allow this Court to grant this request. Jails do not intentionally intercept legal communication, or record calls between inmates and their attorneys. Here, defendant makes the extraordinary request of asking this Court to micromanage county jails, potentially putting jail security in jeopardy, and potentially creating a path for contraband to be smuggled into the jail. The Government resists this motion.
4. Defendant also has filed motions for discovery. (Docket 84, 85). In Document 84, defendant makes a number of allegations that are incorrect. The defendant alleges that the United States has failed to comply with the discovery order of July 6, 2021. (Docket 84). The United

States is not aware of any discovery order issued on July 6, 2021. The only discovery order entered was on June 3, 2021. (Docket 18). The United States sent defendant's initial attorney, Pam Wingert a thumb drive containing discovery on June 4, and additional discovery on June 9 and June 22, 2021. The defendant then elected to proceed pro se. (Docket 65). Peder Bartling was appointed as stand-by counsel on July 7, 2021. (Docket 66). On July 7, 2021, the United States contacted attorney Bartling and requested a thumb drive for discovery. This was provided to the United States Attorney's office on July 12, 2021. On July 12, 2021, the discovery drive was placed in overnight mail to attorney Bartling. Contrary to defendant's claims, he has been provided discovery through two attorneys. The Court should deny defendant's request to prohibit the government from presenting evidence.

5. Defendant's next motion for discovery requests this Court to order undisclosed information to the discovery file. (Docket 85). The United States is unaware of any undisclosed information that is required to be disclosed pursuant to the stipulated discovery order. If standby counsel becomes aware of discovery that he believes is undisclosed, he can confer with the government to resolve the issue pursuant to the stipulated discovery order. (Docket 18).
6. Finally, the defendant has filed a pro se letter to this Court requesting reconsideration of its order denying his request that the Marshal be ordered to provide defendant specific medical care. (Docket 86 referring to Docket 82). The United States agrees with the Court's prior order and requests that defendant's motion for reconsideration be denied.

Therefore, the United States requests that this Court deny defendant's discovery requests, including his request for transcripts, his request for medical intervention by the court, and his request that this Court prohibit jail phone recording and mail inspection. The United States further requests that this Court fashion whatever order it deems appropriate for the other documents requested by defendant.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: */s/ Jack Lammers*

JACK LAMMERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 - fax
Jack.Lammers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

   Mr. Peder Bartling

I hereby certify that a copy of this document was served on the pro se parties via U.S. Mail Delivery to:

Dennys Rodriguez
Dakota County Corrections
PO BOX 305
Dakota City, NE 68731

   UNITED STATES ATTORNEY

BY:   */s/ Jack Lammers*