IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-4046 |
| Plaintiff, | ) | |
| vs. | ) | |
| DENNYS RODRIGUEZ, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION**

COMES NOW, the United States of America, and in response to defendant's motion (Docket 102):

1. Defendant has filed a pro se motion stating the government has not complied with the Court's Order, Docket 85, 88, and 97. (Docket 102).
2. The Government has complied with the Court's Orders.
3. The Government provided defendant with a report of his post-Miranda interview as well as a copy of the lab reports in his case at the hearing on discovery on August 3, 2021.
4. The Government sent the remaining discovery documents to which defendant is entitled, to stand-by counsel on 8/6/2021, via FedEx Priority mail. This is pursuant to the order of Chief United States Judge Mahoney from August 4, 2021. (Docket 101).
5. The Government is unaware of any additional discovery that defendant is entitled to pursuant to Rule 16. If defendant and stand-by counsel are aware of additional discovery beyond that provided, and make that known to the Government, the undersigned will provide it to defendant in accordance with this Court's orders, and in accordance with Rule 16.

Therefore, the United States requests that this Court deny defendant's request.

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

   Mr. Peder Bartling

I hereby certify that a copy of this document was served on the pro se parties via U.S. Mail Delivery to:

Dennys Rodriguez
Dakota County Corrections
PO BOX 305
Dakota City, NE 68731

   UNITED STATES ATTORNEY

BY:   */s/ Jack Lammers*

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: */s/ Jack Lammers*

JACK LAMMERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 - fax
Jack.Lammers@usdoj.gov