# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | | HEARING MINUTES | Sealed: No |
|---|---|---|---|

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DENNYS RODRIGUEZ,<br>Defendant. | | **HEARING MINUTES** Sealed: No<br>Case No.: 21-CR-4046-3-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- | |

| Date: | 12/7/2021 | Start: | 2:14 p.m. | Adjourn: | 2:44 p.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Jack Lammers |
|---|---|---|
| | Defendant: | Jim McGough (defendant appears personally) |
| | U.S. Probation: | n/a |
| | Interpreter: | | Language: | | Certified: | | Phone: |

| TYPE OF PROCEEDING: | PLEA | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Defendant pleaded GUILTY to Count: | 1 of the Indictment |
| | Defendant is | X Detained | Released | |
| | **Witness/Exhibit List is** | Government's Exhibit 1 (Plea agreement to be filed under seal) Received |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights. Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare a PSIR.<br><br>Portions of the transcript from 2:39p- 2:42p should be filed under seal and the courtroom was sealed during this period of time |
|---|---|

Page 1 of 1