# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DENNYS RODRIGUEZ, Defendant. | **HEARING MINUTES**    Sealed: No <br> Case No.: 21-cr-04046-LTS-KEM-3 <br> Presiding Judge: Leonard T. Strand <br> Deputy Clerk: Allison Linafelter <br> Official Court Record: Shelly Semmler    Contract? No <br> Contact Information: SSemmlerReporting@gmail.com |

| Date: | 04/27/2022 | Start: | 3:03PM | Adjourn: | 3:57PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Jack Lammers | | | | | | |
| | Defendant(s): | CJA Jim McGough (defendant present) | | | | | | |
| | U.S. Probation: | PO Nathan VanderMolen | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | Defense objection to p.32 | | Ruling: | Withdrawn | |
| | Motions to vary/depart: | Government motion for 3-level reduction | | Ruling: | Granted | |
| | | Government motion | | | Granted | |
| | | Defense motion for downward variance (Doc. 205 (sealed)) | | | Granted (*Harry* variance) | |
| | Count(s) dismissed: | | | | | |
| | Sentence (See J & C): | 176 months' imprisonment BOP. | | | | |
| | Fine: | | | | Special assessment: | $100 |
| | Supervised Release: | 5 years' supervised release; special conditions imposed | | | | |
| | Court's recommendations (if any): | Placement at first choice Lexington, Kentucky and second choice Rochester; RDAP | | | | |
| | Defendant is | X | Detained | | Released | and shall report |
| | **Witness/Exhibit List is** | | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

**Miscellaneous:**